No. 166. BUCHEN ET AL. *v.* BANK OF AMERICA. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Grover C. Buchen, pro se, W. Frank Shelley,* and *C. S. Mauk* for petitioners. *Mr. William C. Day* for respondent.

No. 168. HARTMAN, ADMINISTRATOR, ET AL. *v.* BALTIMORE & OHIO R. Co. ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. F. E. Parrack* for petitioners. *Mr. George M. Hoffheimer* for respondents.

No. 170. JARVIS ET AL. *v.* UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. William H. Lewis* and *Francis J. Carney* for petitioners. *Solicitor General Reed, Assistant Attorney General McMahon,* and *William W. Barron* for the United States.

No. 171. CHESAPEAKE & OHIO RY. Co. *v.* VIGOR, ADMINISTRATRIX. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Fred C. Rector* and *Richard T. Rector* for petitioner. *Mr. James N. Beery* for respondent.

No. 172. READING COMPANY *v.* MEASE ET AL. October 11, 1937. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Mr. John T. Brady* for petitioner. *Mr. George H. Hafer* for respondents.